UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:15-cv-0346 AC |
| Plaintiff, | |
| v. | ORDER SETTING SETTLEMENT CONFERENCE |
| SONA LODGING, LLC, | |
| Defendant. | |

On June 3, 2015, the parties were ordered to meet and confer to discuss settlement of this action, and to file a joint status report updating the court as to the status of those discussions no later than sixty (60) days from the date of the order. The parties have not filed the required status report. Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file a joint status report updating the court as to the status of settlement discussions no later than November 4, 2015 at 4:30 p.m. If the parties have not engaged in settlement discussions, the joint status report shall so state.

2. Neither party having waived disqualification pursuant to E.D. Cal. R. 270(b), the Clerk of the Court is directed to randomly assign a magistrate judge for the scheduling of a settlement conference. The settlement magistrate judge will issue a scheduling order for the settlement conference, and counsel is instructed to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms. The parties

1

are ordered to file a joint status report not later than seven (7) days after the conclusion of the settlement conference.

    3. The stay order of June 3, 2015 (ECF No. 10), shall remain in effect, however, the parties are always welcome to agree to informal discovery, site inspections, etc.

DATED: October 27, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE