UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

SONA LODGING, LLC, a California Limited Liability Company; and Does 1-10,

    Defendants.

Case: 2:15-CV-00346 AC

**ORDER**

### **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 7, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE